UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 APR -4 PM 12: 12

CLERK Magistrate Docket No.

SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Elmer DIAZ,<br><br>Defendant | Magistrate Docket No. '08 MJ 1041<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **April 2, 2008,** within the Southern District of California, defendant, **Jose Elmer DIAZ,** an alien, who previously had been excluded, deported and removed from the United States to **El Salvador,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **APRIL 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Elmer DIAZ**

### PROBABLE CAUSE STATEMENT

On April 2, 2008, Senior Patrol Agent S. Vasquez was assigned to Border Patrol Operations in the vicinity of the Dulzura, California. This area is located approximately 12 miles east of the Otay Mesa, California Port of Entry, and approximately four miles north of the International Border Boundary between Mexico and the United States.

At approximately 11:00 a.m., Agent Vasquez responded to a sensor activation in an area known as "the 35 mile an hour curve." Agent Vasquez arrived in the area and followed some footprints on a trail. Agent Vasquez found a group of nine individuals walking. As Agent Vasquez approached the group they began to run. Agent Vasquez was able to catch the group after a foot chase. Agent Vasquez identified himself as a United States Border Patrol Agent and performed an immigration inspection. All nine individuals, including one later identified as the defendant **Jose Elmer DIAZ**, freely admitted to being citizens and nationals of Mexico without any immigration documents allowing them to enter or to remain in the United States legally. At approximately 12:00 p.m., all subjects were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **El Salvador on October 5, 2007 through Columbus New Mexico**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.